# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Michael N. Garza </br></br> *Plaintiff* </br> v. </br></br> Ed Campbell and Chris Mequet </br></br> *Defendant* | ) </br> ) </br> ) Civil Action No. 1:17-cv-03012-RMP </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: First Amended Complaint, ECF No. 12, DISMISSED with prejudice uner 28 U.S.C. §§ 1915 (e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) ECF No. 14, Order Dismissing First Amended Complaint 1915(g)

Date: 06/02/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates